# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AMI BUSH ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 3:19-0196 |
| ) | Judge Richardson /Frensley |
| ) | |
| METRO INDUSTRIAL ) | |
|     Defendant(s) ) | |

## REPORT AND RECOMMENDATION

The undersigned previously entered Orders on June 5, 2019 (Docket No. 10) and June 28, 2019 (Docket No. 12), requiring Plaintiff to file with the Court a written explanation showing cause for her failure to serve Defendant within 90 days after the filing of the Complaint pursuant to Fed.R.Civ.P. 4(m). The Order required Plaintiff to file such explanation within seven (7) days of the date of entry of the Order, and also stated "If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice."

As of the date of the filing of this Report and Recommendation, Plaintiff has failed to comply with the Court's previous Orders. Therefore, the undersigned recommends the case be dismissed without prejudice for failure to prosecute.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to the Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service

of this Report and Recommendation can constitute a waiver of further appeal of this

Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,*474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge